Order reversed, without costs, and the matter remitted to the Municipal Court of the City of New York for further proceedings upon the authority of *F. T. B. Realty Corp.* v. *Goodman* (300 N. Y. 140). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

SAMUEL B. SOLLISH, Respondent, *v.* UTICA GEAR & AUTO PARTS CORPORATION, Appellant.

Argued November 22, 1949; decided December 29, 1949.

*Bartle Gorman* and *J. Walter Augar* for appellant.
*Gustav P. Blaustein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Bromley, JJ.